**COMMITMENT TO ANOTHER DISTRICT**
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs *Alexander Luis Rodriguez* | Docket Number  NOV 7 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK  Magistrate Case Number  1:07mj00265 GSA |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT   ☐ INFORMATION   ☐ COMPLAINT   ☒ OTHER (SPECIFY) *Supervised Release*

CHARGING A VIOLATION OF:   U.S.C. § SECTION *See above*

DISTRICT OF OFFENSE *Southern District of CA*

DESCRIPTION OF CHARGES: *Violation of Supervised Release*

CURRANT BOND STATUS: ___ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

Representation: ___ Retained Counsel  ✓ Federal Defender  ___ CJA Attorney  ___ None

Interpreter Required?  ✓ No   ___ Yes   Language:

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date 11/7/07

GARY S. AUSTIN, United States Magistrate Judge

**RETURN**

| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
|---|---|---|
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000